Don Fesler, State Bar No. 56987
Peter Howell, State Bar No. 239451
David J. Ozeran, State Bar No. 137452
LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES
865 South Figueroa Street, Ste. 3100
Los Angeles, California 90017-5443
Telephone: (213) 526-3600
Facsimile: (213) 426-3650

Attorneys for Defendant
SUTTER SOLANO MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| CLIFFORD HOSLER and DALE PATTON, ) | Case No. 2:06-cv-01972 FCD KJM |
| Plaintiffs, ) | |
| vs. ) | STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES |
| GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; SUTTER SOLANO MEDICAL CENTER; NORTHBAY HEALTHCARE CORPORATION; and Does 1 through 100, inclusive, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the plaintiffs, Clifford Hosler and Dale Patton, and Defendant, Sutter Solano Medical Center, by and through their counsel, that the Stipulation between the plaintiffs and GUIDANT CORPORATION to continue pretrial deadlines applies to defendant, SUTTER SOLANO MEDICAL GROUP.

IT IS SO STIPULATED.

///

///

STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES
1
CASE NO. 2:06-cv-01972 FCD KJM

DATED: September 14, 2006          LA FOLLETTE, JOHNSON, DE HASS,

                                                      FESLER & AMES

                                                      By:     */s/ David J.Ozeran*
                                                             DAVID J. OZERAN

                                                      Attorneys for Defendant
                                                     SUTTER SOLANO MEDICAL CENTER

DATED: September 14, 2006          GILLIN, JACOBSON, ELLIS & LARSEN

                                                     By:     */s/ Kristin Lucey*
                                                            LUKE ELLIS
                                                           KRISTIN LUCEY

                                                     Attorneys for Plaintiffs
                                                   CLIFFORD HOSLER and DALE PATTON

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 19, 2006          /s/ Frank C. Damrell Jr.
                                                 THE HONORABLE FRANK C. DAMRELL, JR.