UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RONALD CAMERON, et al.,

        Plaintiffs,

   v.

GUIDANT CORPORATION, et al.,

        Defendants.
_____/

CLIFFORD HOSLER, et al.,

        Plaintiffs,

   v.

GUIDANT CORPORATION, et al.,

        Defendants.

NO. CIV. S-06-1960 FCD DAD

NO. CIV. S-06-1972 FCD KJM

ORDER STAYING ACTIONS

----oo0oo----

These matters are before the court on plaintiffs' motions to remand.[1]  The court, however, defers ruling on the motions as the above entitled actions may be transferred to the Multidistrict

---

[1] Because oral argument will not be of material assistance, the court orders these matters submitted on the briefs.  See E.D. Cal. Local Rule 78-230(h).

1

1 Litigation, MDL No. 1708, <u>In re Guidant Corp. Implantable
2 Defibrillators Products Liability Litigation</u>, pending in the
3 United States District Court of Minnesota ("MDL-1708").  Both
4 actions have been noticed by defendants to the Judicial Panel on
5 Multidistrict Litigation ("JPML") as "potential tag-along
6 actions" for inclusion in MDL-1708.  (RJN, Ex A, "Thirty-Ninth
7 Notice of Potential Tag-Along Actions," filed Sept. 7, 2006 with
8 the JPML.)

9   In light of that notice, the court defers ruling on
10 plaintiffs' motions and STAYS all proceedings in these matters in
11 order to permit time for the JPML to render a decision on the
12 propriety of the transfer of these actions to MDL-1708.  Said
13 stay is warranted because should the JPML transfer the actions,
14 allowing the MDL court to decide plaintiffs' motions to remand
15 will serve the purposes of efficiency and consistency for which
16 the MDL process was created.  If, however, the cases are not
17 transferred, the court will lift the stay of the proceedings and
18 set the motions for remand within 30 days of the order denying
19 the transfer.
20   IT IS SO ORDERED.
21  DATED: October 4, 2006

23                                    /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, Jr.
24                                   UNITED STATES DISTRICT JUDGE